AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE KEITH WILLIAM SULLIVAN CASES | Case No's. 3:24-cv-00546-ART-CSD<br>3:25-cv-00165-MMD-CSD<br>3:25-cv-00231-ART-CSD<br>3:25-cv-00235-ART-CSD<br>3:25-cv-00236-MMD-CLB<br>3:25-cv-00237-ART-CSD<br>3:25-cv-00330-MMD-CSD<br>3:24-cv-00595-ART-CLB<br>3:25-cv-00116-MMD-CLB<br>3:25-cv-00120-ART-CLB<br>2:23-cv-01203-JAD-NJK<br>3:24-cv-00547-MMD-CLB<br>3:25-cv-00398-ART-CLB<br>3:25-cv-00318-ART-CSD<br>3:25-cv-00458-MMD-CSD<br>3:25-cv-00466-ART-CSD<br>3:25-cv-00526-MMD-CLB<br>2:23-cv-00869-GMN-DJA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Keith W. Sullivan, pro se, and Defendants, Heather, Ramirez, Nethanjah Breitenbach, Bradly Kratz, Wayne Wilson, Roland Oliver, McCormack, CERT Member, Kenneth Williams, Leilani Flores, Erin, Marcus Dasi, Gutierez, Howerton, C. Meeks, James Dzurenda, Kara LeGrand, Daniel Collier, Bobby Preston, Ekeberry, Charles Reeder, Daniel Omler, Smith, C.E.R.T Members, NNCC Nurses, Medina-Hernandez, Bryan Shields, Carrie, Voss, John Henley, Robert Hartman, Marcus Dasi, Howerton, Gutierez, C. Meeks, Clark, Bobby Preston, Marks, Malay, Wilcox, Dawn Bequette, Leona Bianchi, Jennifer Kaufman, Mikal, Dante, Adams, Chambers, Meeks, Doctor Lovelock Correctional

1  Center, Marks, Erin, Gabriela Najera, Symour Omandac, Stacy Perkins, Brian Williams, Hurtado, James
2  Brady, Davis, David Tolotti, Shelly Conlin, Bernard Brady, Travis Fratis, NDOC Staff Unknown, All
3  other listed Defendants and Kyle Day, hereby stipulate that the above-captioned cases are dismissed with
4  prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each
5  party to bear their own costs.

6  DATED this 21st day of October, 2025.          DATED this 21st day of October, 2025.

                                                  AARON D. FORD
                                                  Attorney General

By: _____                   By: /s/ Samuel L. Pezone, Jr.
Keith W. Sullivan #92630                          Samuel L. Pezone, Jr. (Bar No. 15978)
*Plaintiff, Pro se*                               Deputy Attorney General
                                                  *Attorneys for Defendants*